IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOBY D. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-cv-855-RAH-SMD |
| | ) |
| WARDEN GORDY, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 23, 2024, to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 33) is ADOPTED.

2. Defendants' motion for summary judgment (Doc. 13) is GRANTED.

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 15th day of February 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE